# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JOSE LUIS PELLIN RIVERO,

      Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

      Respondent.

5:26-cv-671

## ORDER

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 1. The Court directed Respondent to show cause why this Petitioner is not entitled to the same relief as the Villa consolidated Petitioners, Case Number 5:25-cv-89. Dkt. No. 2. Respondent has filed his Response. Dkt. No. 3.

Respondent notes Petitioner asks for a bond hearing and concedes that 8 U.S.C. § 1225 does not apply to Petitioner because he was not encountered upon his entry to the United States. However, Respondent states that there is a question regarding which subsection of 8 U.S.C. § 1226 applies to Petitioner, and Petitioner does not appear to address this question in his Petition. Id. at 1-2. Thus, Respondent states granting a bond hearing before an immigration judge may be appropriate in this case so that the immigration judge can determine what subsection of § 1226 (i.e.,

the basis of Petitioner's custody) applies to Petitioner in the first instance.  Id.  Respondent reserves all rights, including the right to appeal, and provides the Court with an abbreviated response to the Petition.  If the Court grants this Petition, the Warden-Respondent asks for seven (7) days to arrange an individualized bond hearing.

The Court **GRANTS in part** Petitioner's § 2241 Petition and **ORDERS** Respondent to provide Petitioner with a bond hearing within seven (7) days of this Order.  The Court **DIRECTS** Respondent to comply with the immigration judge's conclusions in that bond hearing.  To the extent Petitioner asserts any additional claims in his Petition or by motion, the Court declines to address those claims.  The Court **DIRECTS** the Clerk of Court to **CLOSE** this civil action and enter the appropriate judgment.

SO **ORDERED**, this ___2___ day of July, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2